

FILED
NOV 18 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:25-mj-__1115__-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| ) | |
| v. ) | |
| ) | |
| PHILA GREEN, ) | CRIMINAL INFORMATION |
| Defendant. ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

### COUNT ONE: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 04 September 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or willfully cause, encourage, or aid a juvenile, her then ten year old year old daughter R.H.G., by allowing R.H.G. to be present, in the nude, in their living room, while she was engaging in sexual intercourse, in the nude, with her husband, while knowing all persons were being video recorded, and by not disengaging in the sexual intercourse when R.H.G. "slapped" her buttocks, while knowing that such was

occurring, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### COUNT TWO: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 04 September 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or willfully cause, encourage, or aid a juvenile, her then six year old year old daughter M.G.G., by allowing M.G.G. to be present, in the nude, in their living room, while she was engaging in sexual intercourse, in the nude, with her husband, while knowing all persons were being video recorded, and while knowing M.G.G. was the one recording, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

### COUNT THREE: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 04 September 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully

cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or willfully cause, encourage, or aid a juvenile, her then four year old year old daughter K.A.G., by allowing K.A.G. to be present, in the nude, in their living room, while she was engaging in sexual intercourse, in the nude, with her husband, while knowing all persons were being video recorded, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

## COUNT FOUR: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 26 August 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or willfully cause, encourage, or aid a juvenile, her then ten year old year old daughter R.H.G., by requiring R.H.G. to pose for a photograph, with her, her husband, and their two other minor female children, during which all persons were embracing and all persons were in the nude, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

## COUNT FIVE: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 26 August 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or willfully cause, encourage, or aid a juvenile, her then six year old year old daughter M.G.G., by requiring M.G.G. to pose for a photograph, with her, her husband, and their two other minor female children, during which all persons were embracing and all persons were in the nude, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13

## COUNT SIX: CONTRIBUTING TO THE DELINQUENCY AND NEGLECT OF A CHILD BY HER PARENTS

On or about 26 August 2020, in the Eastern District of North Carolina, aboard Marine Corps Air Station Cherry Point, North Carolina, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, PHILA GREEN, did, being a person at least eighteen years old, knowingly or willfully cause, encourage, or aid a juvenile within the jurisdiction of the court to be in a place or condition, or to commit an act whereby the juvenile could be adjudicated delinquent, undisciplined, abused, or neglected, to wit, did, being born in 1985, knowingly or

willfully cause, encourage, or aid a juvenile, her then four year old daughter K.A.G., by requiring K.A.G. to pose for a photograph, with her, her husband, and their two other minor female children, during which all persons were embracing and all persons were in the nude, in violation of North Carolina General Statutes, Section 14-316.1, as assimilated by the provisions of Title 18, United States Code, Section 13.

Respectfully submitted, this 17th day of November 2025.

W. ELLIS BOYLE  
United States Attorney

BY: *[signature]*  
VERONICA CATHERINE VAN TOL  
Special Assistant United States Attorney  
Criminal Division